IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMUEL MAY,

    Plaintiff,

  v.

AMGEN, INC.,

    Defendant.

                                   /

No. C 12-01367 WHA

**ORDER FOR RENOTIFICATION**

    Per the reassignment order, pro se plaintiff Samuel May must re-notice his motion to vacate or modify an arbitration award on a 35-day schedule for hearing on a Thursday at 8:00 a.m.

**IT IS SO ORDERED.**

Dated: March 29, 2012.

                            WILLIAM ALSUP
                            UNITED STATES DISTRICT JUDGE