IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMUEL MAY,

    Plaintiff,

v.

AMGEN, INC.,

    Defendant.

No. C 12-01367 WHA

**ORDER REQUESTING ADDITIONAL INFORMATION**

    Defendant Amgen, Inc. will bring to the hearing on June 14, 2012 a sworn statement from Mr. Milianti and Mr. Hendrickson as to when, if at all, each received the petition for permission to appeal referenced in the certificate of service signed by plaintiff Samuel May bearing a date of March 6, 2012.

    **IT IS SO ORDERED.**

Dated: June 12, 2012.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE