1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   SAMUEL MAY,                                No. C 12-01367 WHA

11              Plaintiff,

12      v.                                      **ORDER REGARDING
                                                REFERRAL FOR**
13   AMGEN, INC.,                               **DETERMINATION OF IFP
                                                STATUS**
14              Defendant.

15   _____/

16          This matter currently on appeal was referred back to this district for the limited purpose

17   of determining whether *in forma pauperis* status should continue on appeal for plaintiff

18   proceeding pro se.  Based on the available record, this order finds that plaintiff's appeal is not

19   frivolous or taken in bad faith and that plaintiff's *in forma pauperis* status therefore should not

20   be revoked.

21

22          **IT IS SO ORDERED.**

23

24   Dated:   February 7, 2013.

25                                              _____
                                                WILLIAM ALSUP
26                                              UNITED STATES DISTRICT JUDGE

27

28

**United States District Court**
For the Northern District of California