IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMUEL MAY,

    Plaintiff,

  v.

AMGEN, INC.,

    Defendant.
_____/

No. C 12-01367 WHA

**ORDER REGARDING REFERRAL FOR DETERMINATION OF IFP STATUS**

    This matter currently on appeal was referred back to this district for the limited purpose of determining whether *in forma pauperis* status should continue on appeal for plaintiff proceeding pro se. Based on the available record, this order finds that plaintiff's appeal is not frivolous or taken in bad faith and that plaintiff's *in forma pauperis* status therefore should not be revoked.

    **IT IS SO ORDERED.**

Dated: February 7, 2013.

                                  WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE