IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMUEL MAY,

    Plaintiff,

  v.

AMGEN, INC.,

    Defendant.

No. C 12-01367 WHA

**REQUEST FOR RESPONSE**

    On March 2, the Supreme Court denied *pro se* Samuel May's petition for certiorari and on April 20, May's petition for rehearing was denied. Now, May has filed a motion for leave to file a motion for reconsideration. Amgen, Inc. has until **MAY 11 AT NOON**, to file a response.

Dated: May 4, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE