IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMUEL MAY,

    Plaintiff,

  v.

AMGEN, INC.,

    Defendant.

No. C 12-01367 WHA

**ORDER RE DOCKET NUMBER 55**

Nearly three years after entry of the 2012 order ending this action, *pro se* plaintiff filed a motion for leave to file a motion for reconsideration. The May 13 order denied plaintiff's motion. Plaintiff then filed docket number 55, which largely repeats the same arguments in his motion which has already been denied. This action remains closed.

**IT IS SO ORDERED.**

Dated: May 14, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE