IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMUEL MAY,

    Plaintiff,

v.

AMGEN, INC.,

    Defendant.

 /

No. C 12-01367 WHA

**ORDER RE PLAINTIFF'S FURTHER MOTION FOR RECONSIDERATION**

The further motion for reconsideration (Dkt. Nos. 57, 58 and 59) filed on June 5 is **DENIED** for the same reason as the order denying plaintiff's earlier motion for reconsideration. This action remains closed.

**IT IS SO ORDERED.**

Dated: June 23, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE