IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMUEL J. MAY,

    Plaintiff,

v.

AMGEN, INC.,

    Defendant.

No. C 12-01367 WHA

**ORDER REVOKING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**

*Pro se* plaintiff appeals his second motion for reconsideration of a June 2012 order denying his petition to vacate an arbitral award. That order was previously affirmed on appeal in April 2014. Pursuant to the referral notice from the United States Court of Appeals for the Ninth Circuit, this order finds that the appeal is frivolous and therefore leave to proceed in forma pauperis on appeal is **REVOKED**. *See* 28 U.S.C. 1915(a)(3); *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002).

The Clerk shall transmit a copy of this order to the Court of Appeals.

**IT IS SO ORDERED.**

Dated: June 30, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE